1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9   JOSE L. DELGADILLO,                    1:08-cv-01291-TAG (HC)

10              Petitioner,                ORDER GRANTING MOTION
                                           TO PROCEED IN FORMA PAUPERIS
11          vs.
                                           (DOCUMENT #4)
12  PEOPLE OF THE STATE OF CALIFORNIA,

13              Respondent.
                                    /
14

15          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

16  28 U.S.C. § 2254.

17          Petitioner has filed a motion to proceed in forma pauperis.  Examination of the document

18  reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed

19  in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

20

21  IT IS SO ORDERED.

22  Dated:   September 19, 2008                          /s/ Theresa A. Goldner
                                               UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28